UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brett Johnson

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

New York City, Sgt. Zeff Blacer Bareburgers, Pinkberry's, A.D.A. Shane Butland, Legal Aid Society, Lamont Miller, 18b Panel, Adam Freedman, Eric Christensen, The state of New York.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_IV amendment, V amendment VI amendment, XIV amendment. And all of my Civil rights were violated_

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Brett Johnson__ (Plaintiff's name), is a citizen of the State of

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Eric Christensen_, is a citizen of the State of
(Defendant's name)

_New York_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Bareburgers, Pinkberry_ is incorporated under the laws of the State of _New York_

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Brett_ [redacted] _D_ _Johnson_
First Name     Middle Initial     Last Name

_116-51 157th St. Apt # 7F_
Street Address

_Queens_              _New York_     _11434_
County, City          State          Zip Code

_917-419-1033_        _BrettJohnson1011@gmail.com_
Telephone Number      Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **New York City**
First Name / Last Name

**Letitia James Attoney General's office**
Current Job Title (or other identifying information)

**28 Liberty St. New York N.Y. 10005**
Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 2: **Zeff** / **Blacer** Shield # 58617
First Name / Last Name

**Sgt. 17 Precent**
Current Job Title (or other identifying information)

**1 Police Plaza Path New York, NY 10038**
Current Work Address (or other address where defendant may be served)

**New York** / **N.Y.** / **10038**
County, City / State / Zip Code

Defendant 3: **Bareburgers restaurant Chain**
First Name / Last Name

Current Job Title (or other identifying information)

**366 W 46th St New York, NY 10036**
Current Work Address (or other address where defendant may be served)

**New York** / **NY** / **10036**
County, City / State / Zip Code

Defendant 4: **Pinkberry's**
First Name / Last Name

See following sheets with other Defendants.

Current Job Title (or other identifying information)

7 W 32nd St. New York, NY 10001
Current Work Address (or other address where defendant may be served)

New York / N.Y. / 10001
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 2nd Ave., 100 Centre St. Greenhaven C.F.

Date(s) of occurrence: November 9th 2016, November, 2022

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See following sheets.

These acts occured under indictment...
# 4721/2016

Defendant 5. A.D.A. Shane Butland

Last Known address 1 Hogan Pl. New York, N.Y. 10013

Defendant 6. Legal Aid Soceity

199 Water Street New York, N.Y. 10038

Defendant 7. Lamont Miller esq.

last Known address 199 Water Street New York, NY 10038

Defendant 8. 18b Panel

253 Broadway New York, N.Y. 10007

Defendant 9. Adam Freedman esq.
18b Panel Office
253 Broadway New York, NY 10007

Defendant 10. Eric Chistensen

Last Known address 366 W 46 St New York, N.Y. 10036

Defendant 11. New York State Attoney Generals office
The Capitol, Albany, N.Y. 12224

## Facts

The City of New York did knowingly and willingly violate this Plaintiff's Constitutional right to be secure in his own Person. The cause of these actions were performed by a one Sgt. Zeff Blacer by him walking up on the Plaintiff and arresting him and detaining ~~him~~ him without warrant or reason.

Because of Sgt. Blacers actions the Plaintiff was forced to unjustly spend over six years in Prison being stripped and mauled.

For this the Plaintiff find that New York City should be liable for 20,000,000, twenty million dollars in damages and Sgt. Zeff Blacer should be found liable in the amount of 2,000,000 two million dollars in damages.

Second, the Bareburger's establishment shall also be found liable for one of its managers behavior in violating this Plaintiff's civil rights the manager, a one Mr. Eric Christensen had three or more employee's from the Store following the Plaintiff down the street in the form of a mob justice when there wasn't even a crime committed against there Store.

Furthermore, while walking down the street with a semi mob behind him Eric Christensen calls the Police on the Plaintiff for no reason and when the Police come he Mr. Christensen states to them that he thinks that the Plaintiff gave a Pinkberry's Store a counterfeit bill that he never witnessed yet Sgt. Zeff Blacer just walked up on the Plaintiff and...

...

Just handcuffed the Plaintiff without a warrant or reason.

Because of mr. Christensens behavior it created a ripple effect of injustice; and after the fact that they realized that they had a problem with their story, they meaning Shane Butland, Eric Christensen and sgt. Zeff Blacer, So now after realizing that there story made no since they came up with the story of the bill ▇ found the next day. No one knows from wince this bill came it was uncorroberated ▇▇▇ evidence as well as illegal evidence that the D.A.'s didn't seem to mind using. Not to mention the Police department allowed mr. Christensen to keep this aledged bill in his possession for approximately six days before bringing it to a grand jury him self.

For this fraudulent behavior performed by the Bareburgers manager Eric Christensen, Bareburgers should be found liable in the amount of 15,000,000 and Mr. Christensen should be found liable for at lease 2,000,000, for Plaintiff's pain and suffering having to spend over six years in prison being stripped and mauled.

P. 3.

Third,

New York City, via, A.D.A. Shane Butland along with Supeme Court Justices Jill Konvisor and Justice Abraham Cloff along with attorney's Legal Aid Lamont Miller and 18b Panel Adam Freedman did knowingly and willingly obstruct Justice in Plaintiff's case.

These acts were performed by these individuals by ignoring the Law and turning a blind to the Plaintiff's State Constitutional right and turning a blind Eye to the Plaintiff's Constitutional rights.

These things were done at the outset by Lamont Miller of the Legal Aid Society waiving the Plaintiff's right to go to the grand Jury after he filed notice to the Court only to recend on the day of the grand Jury after he was probably informed by Shane Butland that they were putting all fraudulent evidence before the grand Jury, so Shane Butland asked Mr. Miller to keep the Plaintiff out of the grand Jury.

Furthermore, after informing Justice Jill Konvisor that my stated rights to go to the grand Jury were violated She that my lawyer had that right to do so, So I asked for and inspection of the grand Jury minutes because I'm not arrested for nothing in the minutes, and she say's there fine.

Moreover, the Plaintiff had Justice Jill Konvisor remove Lamont Miller removed as Counsel and she appointed 18b Adam Freedman. Who climbed on board immeadiately becoming Complicit with the shceme of things to send me to Prison for nothing.

18b Counsel never Challenged any of aberrations in the Case even though the Plaintiff was clearly pointing them out to him; the 18b Panel did nothing in the Course of his legal obligations to the bar to defend his Client. Adam Freedman has performed below standard and has shown himself to also be complicit in the showing that he was to obstruct Justice in the Plaintiff's Case.

Furthermore, the trial Judge Abraham Clott has proven to be complicit with obstructing Justice in the Plaintiff's Case because the Plaintiff made him aware of all of the events of the case yet he still Sentenced the Plaintiff for things the Plaintiff was never Charged for.

The Plaintiff was arrested for aledgedly giving a Pinkberry's a Counterfeit bill, however, Pinkberry never came to the grand Jury, but Shane Butland brought Bareburgers to the grand Jury yet the Plaintiff was never formally charge for the aledged bill that was aledged to have been found the next day by Bareburgers manager Eric Christensen, not to mention that this bill was not Corroberated by any one yet the Plaintiff was Prosecuted, against the New York State Constitution mandate that all evidence most be Corroberate before Prosecution can move foward.

For obstucting Justice and Falsifying Evidence in a Criminal Proceeding New York City and or the State of New York should be liable for at lease 20,000,000 dollars. The Legal Aid Society should also should be liable for 10,000,000, for Lamont Miller illegaly keeping the Plaintiff out of a Critical stage of a Proceed that could have vindicated the Plaintiff.

Lamont Miller shall also be found liable for at lease two million dollar 2,000,000 in damager for helping Cause the Plaintiff's demise and Causing the Plaintiff to spend six years in prison being stripped and mauled.

Furthermore, the 18b Panel shall also be found liable for 10,000,000 ten million dollars for its Complicity in the obstuction of Justice via Adam Freedman not put up a defense at all. Mr. Freedman was familiar with everything and did nothing, never questioned the People about uncorroberated evidence or nothing he was no more than an Effigy in the Courtroom. Adam Freedman should also be liable in the amount of two million 2,000,000 for being Complicit with Obstructing Justice.

As for Justices Jill Konvisor and Justice Abraham Clott the damages has already been incorporated in the damages against New York City and or New York State for their obstructing of Justice.

P. 6.

Fourth,

Pinkberry's Should also be found liable for it's Employee Mark Lyons making false statements at Plaintiff trial.

Pinkberry's never called the police or tested bill but allowed Eric Christensen to run up in their store to continue his rant of madness.

However, whatever he done when he ran into their store offended them because know one from Pinkberry's ever entered the grand Jury so evidently they did'nt like what happened.

Furthermore, Pinkberry's Employee Mark Lyon oddly shows up at Plaintiff trial, for what the Plaintiff can not understand because the Plaintiff was'nt indicted for them so why would he be at the Plaitiff's trial.

These false statements contributed to the Plaintiff's demise.

These false statements may have confused the Jury's mind and may have led to the Plaintiff's conviction. This harmed the Plaintiff's by its contribution to Plaintiff conviction and causing the Plaintiff to serve six years in Prison.

For this Pinkberry's should be found liable for 10,000,000 and Mark Lyons should be found liable for 1,000,000.

P. 7.

Fifth,

New York State failed in its obligation to maintain the safety of one of it maximun facility's namely Greenhaven Correctional Facility. Greenhaven C.F. has all of the safety components necassary to run a safe facility but do to the officers neglagence and willingness to operate the equipment for the safety of the facility, caused the Plaintiff to receive an scare across his face do to this negligence.

This neglect by New York State has led to Plaintiff being Cut and mauled in November, 2022 the facility Camera's will demoustrate everything that the Plaintiff is stating.

For this negligence the Plaitiff finds that New York State should be liable for at the least $5,000,000 five million in damages.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 9-12-23 | *Brett Johnson* |
| Dated | Plaintiff's Signature |
| Brett | D.   Johnson |
| First Name   Middle Initial | Last Name |
| 116-51 157th St. Apt. # 7F | |
| Street Address | |
| Queens | N.Y.   11434 |
| County, City | State   Zip Code |
| [redacted] 917-419-1033 | BrettJohnson1011@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

## Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Name (Last, First, MI)

Address            City            State            Zip Code

Telephone Number            E-mail Address

Date            Signature

Return completed form to:

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

Brett Johnson
116-51 157st Apt. 7F
Jamica N.Y. 11434

To: Pro Se Intake
40 Foley Square
New York N.Y. 10007

